lees; Edward LeVine, of counsel. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Hiram Walker Distributing Company, Appellee, v. Joseph Giacone and Winifred Giacone, Trading as Lincoln Wine & Liquors, Appellants. Appeal of Winifred Giacone, Appellant.

Gen. No. 44,877.

Irving G. Zazove and Edward L. Kerpec, for appellant; Irving G. Zazove, of counsel; no appearance, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Louise Arbuckle, Appellee, v. Lillian Sitek and John Sitek, Appellants.

Gen. No. 44,957.

Edward B. Zahn, for appellants; Charles R. Barrett, for appellee. Opinion by JUSTICE FEINBERG. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

Ruth Schuessler, Appellant, v. Charles J. Wollin, Appellee.

Gen. No. 44,812.

Max Raphael and Clarence K. Graves, for appellant; Marks & Marks, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed January 23, 1950; released for publication February 3, 1950.

In re Estate of Sarah Hart, Deceased. John Hart, Appellant, v. Charles J. Reilly and Marie Manzke, Executors of Estate of Sarah Hart, Deceased, Appellees.

Gen. No. 44,951.